UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE KATHERINE DELGADO, f/k/a STEPHANIE PAGE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>Defendant. | CASE NO. 2:15-cv-00454 MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF No. 16), and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration; and

(3) The Clerk is directed to enter Judgment and close this case.

1

2   Dated this 2nd day of September, 2015.

3

4

5

6   Marsha J. Pechman
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2